**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| **AHMED SALEH,** | ) | FILED: March 22, 2008 | |
| **Plaintiff,** | ) | 08cv1692      JH | |
| **v.** | ) | **No.:** | JUDGE DOW |
| | ) | | MAGISTRATE JUDGE COLE |
| | ) | | |
| **MICHAEL CHERTOFF,** | ) | **A# 41-526-467** | |
| **AS THE DIRECTOR OF** | ) | | |
| **THE DEPARTMENT OF HOMELAND** | ) | | |
| **SECURITY, ROBERT S. MUELLER, III)** | | | |
| **AS THE DIRECTOR OF FEDERAL** | ) | | |
| **BUREAU OF INVESTIGATIONS** | ) | | |
| **Defendants** | ) | | |
| | ) | | |

<u>**COMPLAINT FOR MANDAMUS**</u>

Plaintiffs, AHMED SALEH ("Plaintiff") by and through, REEM H. ODEH, of the LAW OFFICES OF BRODSKY & ODEH respectfully requests this Court to enter an order directing the Defendant, MICHAEL CHERTOFF, Director of Homeland Security and ROBERT S. MUELLER III, as Director of Federal Bureau of Investigations to adjudicate Plaintiffs' application for Naturalization. In support of said request, the Plaintiffs state as follows:

**JURISDICTION AND VENUE**

1.     The is a civil action brought pursuant to 8 U.S.C. section 1329, and 28 U.S.C. Sections 1331 (Federal Questions) because Plaintiffs' claims arise under the federal laws of the United States, and 1361 (Mandamus Act), and Section 1447(b)  to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiff, 5 U.S.C. section 704 also confers jurisdiction, 28 U.S.C §2201 (Declatory Judgement Act) and under 5 U.S.C. §701 *et seq.* (Administrative Act of the "APA").

2.     Venue is proper under 28 U.S.C. section 1391(b), since Defendant is the Director of the

Bureau of Citizenship and Immigration Services (BCIS), an agency of the United States Government, under the Department of Homeland Security. The Defendant Robert S. Mueller III, is the Director of the federal Bureau of Investigations.

3.      This action is brought to compel the defendant, officers and an agency of the United States, to perform its duties arising under the laws of the United States.

4.      The APA requires USCIS and the FBI to carry out their duties within a reasonable time. The provision of the APA that provides this is 5 USC Sec. 555(b), which states that "with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS and FBI are subject to 5 USC Sec. 555(b). The Plaintiffs contend that the delays in processing their applications for naturalization are unreasonable.

## PARTIES

5.      Plaintiff Ahmed Saleh is native and citizen of Yemen. He became a Legal Permanent Resident of the United States on or about July 6, 1994.

6.      Plaintiff's alien number is A41 526 467.

7.      Defendant, MICHAEL CHERTOFF, is the Director of the Department of Homeland Security. As such, he is charged with the duty of administration and enforcement of all the functions, powers, and duties of Bureau of Citizenship & Immigration Services, the former INS. The Defendant ROBERT S. MUELLER III, is the Director of the Federal Bureau of Investigations.

8.      That Robert Mueller is sued in his official capacity. The FBI is responsible for the proper background clearance conducted on each applicant for naturalization.

## CLAIMS FOR RELIEF

9.      On or about January 31, 2005, Plaintiff filed his applications for Naturalization and paid the appropriate filing fees and submitted all the required documentation.

10.     On or about April 5, 2005, Plaintiff appeared before the Citizenship and Immigration Services service center to have his fingerprints and biometrics taken as part of the naturalization process.  Furthermore, on or about May 5, 2005, Plaintiff appeared for a Naturalization Interview and passed the required tests.

11.     That at the conclusion of the interview, Defendant's agent or employee did not make a decision whether or not to approve Plaintiff's application although Plaintiff passed all section of the naturalization exam.

12.     Prior to the filing of this Complaint, the Plaintiff has made numerous attempts with the Defendants to inquire about the status of his  application.  The Plaintiff and his attorneys  have also made numerous oral and written requests of the Defendants concerning the scheduling of an interview for naturalization. No further action was taken by Defendants in this matter.

13.     The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding  or unreasonably delaying a decision on the applications of Plaintiffs.

14.     Plaintiffs have exhausted any remedies that may be exist.

WHEREFORE, Plaintiffs prays that the Court, in light of the foregoing:

A.      Compel Defendant and those acting under him to perform their duty to rule upon the Plaintiff's applications;

B.      Compel the Federal Bureau of Investigation to complete their background and fingerprint process.

B.      Grant attorney's fees and cost of court

C.      Grant such other and further relief as this Court sees proper under the circumstances.

Respectfully Submitted,


_____/s/ Reem H. Odeh_____
Reem H. Odeh
Attorney for Plaintiff

Reem H. Odeh
Law Offices of Brodsky & Odeh
8 S. Michigan, Suite 3200
Chicago, Illinois 60603
312-701-3000
312-701-3088(fax)

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: _41 526 467_

08cv1692      JH

JUDGE DOW

MAGISTRATE JUDGE COLE

On _5-5-05_ , you were interviewed by USCIS officer _Tolbert_

[X] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[X] Please follow the intructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _X_ **A decision cannot yet be made about your application.** _Background Check Pending_

It is very important that you:

[X] Notify USCIS if you change your address

[X] Come to any scheduled interview.

[X] Submit all requested documents.

[X] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

[X] Go to any Oath Ceremony that you are scheduled to attend.

[X] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.





U.S. IMMIGRATION
SNN          1009
PFI    ADMITTED
JUL 2 7 2002
CLASS
UNTIL

U.S. IMMIGRATION
NYC        5168
030    ADMITTED
JUL 2 4 2004
CLASS
UNTIL

التأشيرات
Visas

10

التأشيرات
Visas

11









RESIDENT ALIEN

U.S. Department of Justice-Immigration and Naturalization Service

SALEH, AHMED MOHAMED S
NAME

07 25 76
DOB

A041526467
ALIEN NUMBER

07 26 04
CARD EXPIRES

*Saleh ahmed*



*Illinois*          Jesse White - Secretary of State

NUMBER        ISSUED        EXPIRES
S400-0137-6211  02-04-03    07-25-07    **DRIVERS LICENSE**

AHMED M S SALEH
4735 N KILDARE
CHICAGO IL 60630

Birthdate 07-25-76
Male      5'09"  150 lbs   BRN Eyes
Restrictions   Type   Class
· · · · · ·      ORG    D

*Saleh*





SOCIAL SECURITY

OF HEALTH &

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

AHMED MOHAMED SAAD SALEH

*ahmed mohmaed*

SIGNATURE



The Selective Service System thanks you for registering.

This form is your official Registration Acknowledgment Card.
Tear it out and safeguard it as your proof of having registered.

DIRECTOR

05-30-01            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

LAST ACTION DATE      SOCIAL SECURITY NUMBER

SSS Form 3A (05-01)

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

CHAIRMAN, HOUSE
DEMOCRATIC CAUCUS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON SELECT REVENUE MEASURES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

February 21, 2008

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

I have received the enclosed letter from the U.S. Citizenship and Immigration Services - Chicago District Office in response to the inquiry made on your behalf.

When I receive further information, I will let you know. If you have any questions in the meantime, please contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml
Enclosure

The Honorable Rahm Emanuel
U.S. Representative
Attn: Mary Ann Levar

A41-526-467 Ahmed Saleh

Dear Congressman Emanuel:

This is in response to your inquiry dated February 19, 2008.  The United States
Citizenship and Immigration Services (USCIS) Chicago District Office is responding to
your inquiry regarding the status of your constituent, Ahmed Saleh.  Our information
shows that the background investigation conducted by the Federal Bureau of
Investigations (FBI) for your constituent has not yet been completed.  We may not
proceed with the adjudication of the application or petition until the FBI completes their
process and our records are updated with the results.  It is uncertain the time-period it
takes for the results to be electronically submitted to USCIS and updated in our national
records.

We understand that your constituent is frustrated by the progress of his/her application.
In order to fulfill its mission to provide immigration benefits and services to the public,
USCIS must balance its obligations to the individual applicant against its obligations to
the public as a whole.  While we strive to process applications timely and fairly, we must
also ensure that our policies and procedures will safeguard the public.  Consequently, we
have adopted background security check procedures that address a wide range of possible
risk factors, requiring various levels of scrutiny based on the type of application under
consideration.

Given the number of applications submitted and the significance of immigration benefits,
it is inevitable that some applications will require more attention than others.  USCIS
relies primarily on three background check mechanisms:  the Interagency Border
Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name
check.  For the vast majority of applicants, these mechanisms allow USCIS to quickly
determine whether there are any criminal or security related eligibility issues.  In the
remaining cases, often referred to as "pending," a match of some kind has been identified
and must be resolved before any decision can be made on the petition or application.
USCIS does not share with applicants or their representative's information regarding the
specific nature of the match or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation is checked
weekly for results to keep the adjudication process ongoing and timely. We are allowed
to resubmit names pending over 90 days only if the name does not appear in the FBI
database after 90 days of submission.  If requesting an expedite processing of the
background investigation your constituent must provide a written request with an
explanation directed to the District Director for consideration with supporting evidence.

The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

We appreciate your patience and understanding.


Sincerely,



Ruth A. Dorochoff
District Director

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

CHAIRMAN, HOUSE
DEMOCRATIC CAUCUS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON SELECT REVENUE MEASURES

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202-225-4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773-267-5926

December 17, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

I have received the enclosed letter from the U.S. Citizenship and Immigration Services - Chicago District Office in response to the inquiry made on your behalf.

When I receive further information, I will let you know. If you have any questions in the meantime, please contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml
Enclosure

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

CHAIRMAN, HOUSE
DEMOCRATIC CAUCUS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON SELECT REVENUE MEASURES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

December 14, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

I wanted to let you know that I am still working on your case.

I have sent another inquiry to the U.S. Citizenship and Immigration Services - Chicago District Office, and I will provide you with any information I receive. In the meantime, if you have any questions, feel free to contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

RAHM EMANUEL
5TH DISTRICT, ILLINOIS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

## Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

August 29, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

This is to inform you that my staff is continuing to work on your case. At this time, I have not received an additional response to my inquiry on your behalf.

I will be glad to send another inquiry to the U.S. Citizenship and Immigration Services - Chicago District Office if you still want help. Please contact Mary Ann Levar in my Chicago office at 773-267-5926 if you still want me to continue to pursue this matter. If we do not hear from you, we will assume this matter has been resolved or you no longer need assistance.

If you have any questions, please do not hesitate to contact my Chicago office.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

I would greatly appreciate your help.

Thank you

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

CHAIRMAN, HOUSE
DEMOCRATIC CAUCUS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON SELECT REVENUE MEASURES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

July 2, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

I have received the enclosed letter from the U.S. Citizenship and Immigration Services - Chicago District Office in response to the inquiry made on your behalf.

When I receive further information, I will let you know. If you have any questions in the meantime, please contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml
Enclosure

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

CHAIRMAN, HOUSE
DEMOCRATIC CAUCUS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON SELECT REVENUE MEASURES

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

## Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

June 28, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

I wanted to let you know that I am still working on your case. I have not received a response to my inquiry on your behalf since March 29, 2007.

I have sent another inquiry to the U.S. Citizenship and Immigration Services - Chicago District Office, and I will provide you with any information I receive. In the meantime, if you have any questions, feel free to contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

RAHM EMANUEL
5TH DISTRICT, ILLINOIS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

March 29, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

The U.S. Citizenship and Immigration Services - Chicago District Office responded to the inquiry made on your behalf by telephone.

According to the Chicago District Office, your case is still pending the results of the FBI name check.

When I receive further information, I will let you know. If you have any questions in the meantime, please contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

**COMMITTEE ON
WAYS AND MEANS**

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

January 23, 2007

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

I wanted to let you know that I am still working on your case. I have not received a response to my inquiry on your behalf since October 10, 2006.

I have sent another inquiry to the U.S. Citizenship and Immigration Services - Chicago District Office, and I will provide you with any information I receive. In the meantime, if you have any questions, feel free to contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

Sent Via: Regular Mail

February 22, 2007

Ahmed Mohamed Saad Sale

3218 W. 55th Street

Chicago, Il 60632

Citizenship and Immigration Services Ombudsman
ATTN: Case Problems
United States Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

RE:

| NAME | Ahmed Mohamed Saad Saleh |
|---|---|
| ALIEN# | A 041 526 467 |
| DOB: | JULY 25, 1976 |
| COUNTRY OF BIRTH | YEMEN |
| FORM# | N-400 |
| RECEIPT# | LIN*000744272 |
| PRIORITY DATE | JANUARY 31, 2005 |

To Whom It May Concern:

   I Ahmed Mohamed Saad Saleh have passed by N-400 interview my interviewing officer Tolbert on May 05, 2005 and I have not heard anything to this day. I have called and I went in to the local office and filled out a yellow inquiry form only to find no response. I am anxious to become a U. S. Citizen to exercise my right to vote. I have enclosed a copy of the interview results. Thank you in advance for all your hard work.

Sincerely,

Ahmed M. S. Saleh
Applicant

The Honorable Rahm Emanuel
United States Congress
Attn: Mary Ann Levar

This is in response to your inquiry dated June 28, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Ahmed Mohamed Saad Saleh . Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Robert L. Blackwood
Field Office Director



**RAHM EMANUEL**
5TH DISTRICT, ILLINOIS

**COMMITTEE ON**
**WAYS AND MEANS**

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

October 13, 2006

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

    I have received the enclosed letter from the U.S. Citizenship and Immigration Services - Chicago District Office in response to the inquiry made on your behalf.

    When I receive further information, I will let you know.  If you have any questions in the meantime, please contact Mary Ann Levar in my Chicago office at 773-267-5926.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml
Enclosure

RAHM EMANUEL
5TH DISTRICT, ILLINOIS

COMMITTEE ON
WAYS AND MEANS

SUBCOMMITTEE ON HEALTH

SUBCOMMITTEE ON HUMAN RESOURCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1305

WASHINGTON OFFICE:
1319 LONGWORTH
HOUSE OFFICE BUILDING
202–225–4061

CHICAGO OFFICE:
3742 WEST IRVING PARK ROAD
CHICAGO, IL 60618
773–267–5926

September 28, 2006

Mr. Ahmed M. Saleh
4479 West Lawrence Avenue
Chicago, IL 60630-2514

Dear Mr. Saleh:

Thank you for contacting my Congressional office about the status of your citizenship application.

Mary Ann Levar, a member of my staff, is conducting an inquiry into the matter and will be in touch with you once we receive a response. These issues often take some time to resolve, but we should have more information within thirty working days and will contact you then. However, should you have any questions, feel free to call Mrs. Levar at 773-267-5926.

Again, thank you for contacting me. If there is anything I can do to further assist you, do not hesitate to ask.

Sincerely,

Rahm Emanuel
Member of Congress

RE\ml

U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>March 03, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A-041 526 467 |
| APPLICATION NUMBER<br>LIN*000744272 | RECEIVED DATE<br>January 31, 2005 | PRIORITY DATE<br>January 31, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

AHMED MOHAMED SAAD SALEH
3218 W 55TH ST
CHICAGO IL  60632

ıllıılııılıııılıılıl

To process your application, INS must take your fingerprints and have them cleared by the FBI.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.  **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>INS HARLEM<br>4701 N.CUMBERLAND AVE.<br>SUITE B-D<br>NORRIDGE IL 60706 | DATE AND TIME OF APPOINTMENT<br>04/05/2005<br>02:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS HARLEM
4701 N.CUMBERLAND AVE.
SUITE B-D
NORRIDGE IL 60706

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
LIN*000744272

APPLICANT COPY

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE February 07, 2005 |
|---|---|---|---|
| CASE TYPE N400    Application For Naturalization | | | INS A# A 041 526 467 |
| APPLICATION NUMBER LIN*000744272 | RECEIVED DATE January 31, 2005 | PRIORITY DATE January 31, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

AHMED MOHAMED SAAD SALEH
3218 W 55TH ST
CHICAGO IL 60632

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

ldulludludludld

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          July 25, 1976
Address Where You Live:  3218 W 55TH ST
                        CHICAGO IL 60632

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000697092

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>March 31, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 041 526 467 |
| APPLICATION NUMBER<br>LIN*000744272 | RECEIVED DATE<br>January 31, 2005 | PRIORITY DATE<br>January 31, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

AHMED MOHAMED SAAD SALEH
3218 W 55TH ST
CHICAGO IL  60632

Please come to:
CHICAGO CUSA OFFICE
536 S. CLARK-- 3RD FLOOR
CITIZENSHIP OFFICE
FIRST FLOOR
CHICAGO IL 60605
**On (Date):**  Thursday, May 05, 2005
**At (Time):**  08:45 AM

ldulladladladd

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place  indicated above. **Waiting room capacity is limited.  Please do not arrive any earlier than 30 minutes before your scheduled appointment time.**  The proceeding will take about two hours.  If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States.  You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your  N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

