## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1692   Assigned/Issued By: j. n.

Judge Name: DOW J.R.   Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other ____
☐ $455.00

Number of Service Copies ____   Date: ____
*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2634684

Date Payment Rec'd: 3-22-08   Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets   ☐ Other
☐ Writ ____
   *(Type of Writ)*   *(Type of issuance)*

4 Original and 0 copies on 3-24-08 as to U.S. ATTNY; FBI;
   *(Date)*
HOMELAND SECURITY; ATTNY GENERAL