UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AHMED SALEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 1692 |
| | ) | |
| MICHAEL CHERTOFF, AS THE DIRECTOR OF THE DEPARTMENT OF HOMELAND SECURITY, ROBERT S. MUELLER, III, AS THE DIRECTOR OF FEDERAL BUREAU OF INVESTIGATIONS, | ) ) ) ) ) ) ) | Judge Dow |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kathryn A. Kelly
 KATHRYN A. KELLY
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-1994
 Kathryn.Kelly@usdoj.gov