UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Ahmed Saleh
                          Plaintiff,

v.                                           Case No.: 1:08−cv−01692
                                            Honorable Robert M. Dow Jr.

Michael Chertoff, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: On Plaintiff's oral motion, the above−entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 6/21/08 after which time the dismissal will be with prejudice if no request to reinstate has been filed. Status hearing date of 6/4/08 is stricken.Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.